■ CHRISTOPHER J. HANNOLD, Appellant, v FIRST BAPTIST CHURCH et al., Defendant, and AWANA CLUBS INTERNATIONAL et al., Respondents. (Appeal No. 2.) [678 NYS2d 557] —Order unanimously affirmed without costs. Same Memorandum as in *Hannold v First Baptist Church* (254 AD2d 746 [decided herewith]). (Appeal from Order of Supreme Court, Chautauqua County, Cass, J.—Summary Judgment.) Present—Denman, P. J., Pine, Hayes, Pigott, Jr., and Balio, JJ.